# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv135

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RAHUL, INC. and NARENDRA A. ) | |
| PATEL ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Joint Motion to Stay [# 26]. The parties jointly move the Court to stay this case pending the finalization of a settlement between the parties. For good cause shown, the Court **GRANTS** the motion [# 26] and **STAYS** this case for thirty (30) days. After the expiration of the thirty day period, the parties may jointly move to continue the stay upon a showing that additional time is needed to finalize the settlement of this matter.

Signed: September 1, 2011

Dennis L. Howell
United States Magistrate Judge