IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 135

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | ) |
| Plaintiff | ) |
| | ) ORDER |
| v | ) |
| | ) |
| RAHUL, INC. and NARENDRA A. PATEL, | ) |
| | ) |
| Defendants | ) |

The Local Rules of this Court require an attorney practicing in this Court to register for an ECF account with the Clerk of Court. LCvR 83.1(A). Moreover, an attorney not licensed to practice in the Western District of North Carolina must be admitted *pro hac vice* to practice in this Court. Attorneys Robert C. Brady and Timothy Joseph Duva have been provided three Notices from the Clerk that they are required to register for an ECF account and file motions for leave to appear *pro hac vice*. (Notice, June 3, 2011; Second Notice, July 1, 2011; Third Notice, August 9, 2011) To date, Mr. Brady and Mr. Duva have each not registered for an ECF account and have not been admitted *pro hac vice* in this Court as required by Local Rule 83.1(A). Accordingly, the Court **ORDERS** Attorneys Robert C. Brady and Timothy Joseph Duva to either register for an ECF account at w.w.w.ncwd.uscourts.gov and move to be admitted *pro hac vice* by September 30, 2011, or the Court will direct the Clerk to remove them as attorneys of record in this case and they will not be allowed to practice before the Court in this matter.

The Court **DIRECTS** the Clerk to mail a copy of this Order by U.S. Mail to Attorneys Robert C. Brady and Timothy Joseph Duva.

Signed: September 20, 2011

Dennis L. Howell
United States Magistrate Judge