# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv135

| DAYS INNS WORLDWIDE, INC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| RAHUL, INC. and NARENDRA A. PATEL | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's Motion to Extend Stay [# 32]. Previously, the Court stayed this case for thirty days so that the parties could finalize a settlement agreement. (Order, Sept. 1, 2011.) Plaintiff now moves to extend the stay for an additional seventy-five (75) days to allow Defendants time to perform certain acts as part of the terms of the settlement agreement. Defendants consent to the continued stay of this case. For good cause shown, the Court **GRANTS** the motion [# 32] and **STAYS** this case for an additional seventy-five days (75) days from the entry of this Order.

Signed: October 4, 2011

Dennis L. Howell
United States Magistrate Judge